Denise J. LeClair, Appellant Pro Se. Kevin Allan Lake, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

John Paul Turner, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

John Paul Turner appeals the district court's orders denying his motion for leave to proceed in forma pauperis and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny the motion to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *Turner v. United States,* No. MISC–01–54 (W.D.Va. filed Oct. 26, entered Oct. 29, 2001; entered Nov. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**John Paul TURNER, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 01–2446.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.